UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACHA SMITH, | No. 2:15-cv-2239-EFB P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. She has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1). She has not, however, submitted a certified trust account statement.

Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent.

/////

1

1 She may comply with this requirement by having prison officials complete the "Certificate"
2 portion of the form application for leave to proceed in forma pauperis.
3      Accordingly, plaintiff has 30 days from the date this order is served to submit the required
4 trust account statement. Failure to comply with this order may result dismissal of this case. The
5 Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma
6 Pauperis by a Prisoner.
7      So ordered.
8 Dated: November 2, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE