1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STACHA SMITH,                              No.  2:15-cv-2239-EFB P

12                  Plaintiff,

13         v.                                   ORDER AND FINDINGS AND
                                                RECOMMENDATIONS
14   SACRAMENTO COUNTY SHERIFF'S
     DEPARTMENT,

15
                Defendant.
16

17
          Plaintiff is a county inmate proceeding without counsel in an action brought under 42
18
     U.S.C. § 1983.  On September 11, 2015, the court found that plaintiff had failed to include a
19
     certified copy of her trust account statement in support of her application to proceed in forma
20
     pauperis, as required by 28 U.S.C. § 1915(a)(2).  Accordingly, the court ordered plaintiff to
21
     submit a certified copy of the statement within thirty days and warned her that failure to do so
22
     may result in this action being dismissed.  The time for acting has passed and plaintiff has not
23
     paid submitted a certified copy of her trust account statement or otherwise responded to the
24
     court's order.[1]
25
     /////
26

27         [1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff
     was properly served.  It is the plaintiff's responsibility to keep the court apprised of her current
     address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of
28   the party is fully effective.

                                            1

1    Accordingly, it is hereby ORDERED that the Clerk randomly assign a United States

2  District Judge to this case.

3    Further, it is RECOMMENDED that this action be dismissed without prejudice.

4    These findings and recommendations are submitted to the United States District Judge

5  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

6  after being served with these findings and recommendations, any party may file written

7  objections with the court and serve a copy on all parties.  Such a document should be captioned

8  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

9  objections shall be served and filed within fourteen days after service of the objections.  The

10  parties are advised that failure to file objections within the specified time may waive the right to

11  appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*

12  *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

13  DATED:  January 7, 2016.

14                        _____
                          EDMUND F. BRENNAN
15                        UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2